**Fill in this information to identify your case:**

Debtor 1  *Anthony James Grason*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *CENTRAL* District of *ILLINOIS*

Case number (if known)  *17-71635*

ADRIENNE D. ATKINS, CLERK
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

2017 OCT 30  AM 10: 38

FILED

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☒ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

Debtor 1  _Anthony  Jame  Grason_   Case number (if known) _17-71635_
    First Name   Middle Name   Last Name

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☒ No

   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, ____)<br>         YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, ____)<br>         YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No

   ☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | $194.00 montly Food Stamps<br>Misc. Asst<br>Law Suit | $ 1940.00<br>$ 600.00<br>$ 4500.00 | | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016)<br>         YYYY | Food Stamps<br>Misc Asst | $ 2328.00<br>$ 780.00<br>$_____ | | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015)<br>         YYYY | Food Stamps<br>Misc Asst | $ 2328.00<br>$ 250.00<br>$_____ | | $_____<br>$_____<br>$_____ |

Debtor 1    *Anthony James Grason*
First Name    Middle Name    Last Name

Case number (if known) _*17 - 71635*_

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City       State    ZIP Code | _____ <br><br>_____ <br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City       State    ZIP Code | _____ <br><br>_____ <br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City       State    ZIP Code | _____ <br><br>_____ <br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

---

Debtor 1    _Anthony James Grason_
First Name    Middle Name    Last Name

Case number *(if known)* _17-71635_

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number   Street | _____ | | | |
| _____ | _____ | | | |
| _____ City   State   ZIP Code | | | | |

Debtor 1  **Anthony James Grason**
First Name   Middle Name   Last Name

Case number (if known) __17-71635__

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

U.S. BANK -vs- Anthony GRASON | FORECLOSURE Action | MACON CO. CASE NO. 14-CH-286 • PENDING.
253 E. WOOD ST. DECATUR, IL 62523

| Nature of the case | Court or agency | Status of the case |

Case title **Anthony GRASON -vs- AMEREN ILLINOIS**   Disputed Utility Charges + expenses   **ILLINOIS COMMERCE COMMISSION**
Court Name   527 E. CAPITOL AVE
Number   Street
SPRINGFIELD IL 62701
City   State   ZIP Code

Case number **17-0216**

☒ Pending
☐ On appeal
☐ Concluded

Case title **Anthony GRASON -vs- St. MARY'S HOSP. ETAL.**   MED MALPRACTICE CASE.   **MACON CO.**
Court Name   253 EAST WOOD ST.
Number   Street
DECATUR, IL. 62523
City   State   ZIP Code

Case number **2017 L 047**

☒ Pending
☐ On appeal
☐ Concluded

-vs- Anthony GRASON -vs- ALLSTATE   INSURANCE Complaint   MACON Co. CASE

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☒ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |

**U.S. BANK**
Creditor's Name
**700 KANSAS LANE**
Number   Street
**MC 8600**
**MONROE   LA  71203**
City   State   ZIP Code

REAL ESTATE FORECLOSURE Judgment ENTERED. PENDING CASE 14-CH-286   MACON CO. PENDING   $ N/A

Explain what happened
☐ Property was repossessed.
☒ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

| Describe the property | Date | Value of the property |

_____   $_____

Creditor's Name

Number   Street

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

City   State   ZIP Code

Debtor 1   *Anthony James Grason*   Case number (if known) _17 - 71635_

First Name   Middle Name   Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes. Fill in the details.

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Number   Street | | | |
| | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | |
| | | | $ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | |
| | | | $ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |

Debtor 1  **Anthony James Grason**
　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* **17 - 71635**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number　Street | | | |
| _____ City　State　ZIP Code | | | |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| _____ Number　Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ City　　State　ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

---

Debtor 1    *Anthony James Grason*    Case number *(if known)* *17-71635*

First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid

_____ $ _____

Number    Street

_____ $ _____

City    State    ZIP Code

Email or website address

Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid

Number    Street    _____ $ _____

City    State    ZIP Code    _____ $ _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Person Who Received Transfer

Number    Street    _____

City    State    ZIP Code

Person's relationship to you _____

Person Who Received Transfer

Number    Street    _____

City    State    ZIP Code

Person's relationship to you _____

Debtor 1  _Anthony James Grason_
         First Name  Middle Name  Last Name

Case number *(if known)*_ 17-71635 _

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | _____ | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| _____ | | | | |
| City        State    ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| _____ | | | | |
| City        State    ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| Name of Financial Institution _____ | Name _____ | | |
| Number   Street _____ | Number   Street _____ | | |
| _____ | City      State    ZIP Code | | |
| City        State    ZIP Code | | | |

Debtor 1    *Anthony James Grason*
_____
First Name    Middle Name    Last Name

Case number (*if known*) __*17-71635*__

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| _____<br>Name of Storage Facility | _____<br>Name | | |
| _____<br>Number    Street | _____<br>Number    Street | | |
| | _____<br>City State  ZIP Code | | |
| _____<br>City    State    ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name | | | $_____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City    State    ZIP Code | _____<br>City         State    ZIP Code | | |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City    State    ZIP Code | _____<br>City         State    ZIP Code | | |

Debtor 1 _Anthony James Grason_    Case number (if known) _17-71635_
First Name    Middle Name    Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit |  | _____ |
| Number   Street | Number   Street |  |  |
|  | City          State   ZIP Code |  |  |
| City          State   ZIP Code |  |  |  |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No

☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name |  | ☐ Pending |
|  | Number   Street |  | ☐ On appeal |
| Case number | City          State   ZIP Code |  | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

|  | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name |  | EIN: __ __ – __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
|  |  | From _____ To _____ |
| City          State   ZIP Code |  |  |
|  | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name |  | EIN: __ __ – __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
|  |  | From _____ To _____ |
| City          State   ZIP Code |  |  |

Debtor 1 _____    Case number *(if known)*_____
        First Name    Middle Name    Last Name

| | | Employer Identification number |
|---|---|---|
| | Describe the nature of the business | Do not include Social Security number or ITIN. |
| _____ | | |
| **Business Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____ | _____ | |
| **Number    Street** | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| _____ | | From _____ To _____ |
| **City    State    ZIP Code** | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

Date issued

_____
**Name**

_____    _____
MM / DD / YYYY

_____
**Number    Street**

_____

_____
**City    State    ZIP Code**

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Anthony J. Gleason*                    ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date 10/29th/2017                    Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☐ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

[ Print ]    [ Save As... ]    [ Add Attachment ]    [ Reset ]

**Fill in this information to identify your case and this filing:**

Debtor 1 _Anthony  James  Grason_
First Name        Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name         Last Name

United States Bankruptcy Court for the: _CENTRAL_ District of _ILLINOIS_

Case number _17-71635_

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1. _357 W. Decatur St._
Street address, if available, or other description

_Decatur    IL  62522_
City         State    ZIP Code

_Macon County_
County

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City         State    ZIP Code

_____
County

**What is the property? Check all that apply.**
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _Mortgaged Property; co-owned_
_04-12-15-410-062  in Foreclosure_

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**
$ _125,000.⁰⁰_

**Current value of the portion you own?**
$ _62,500.⁰⁰_

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_Mortgagor_

☐ Check if this is community property (see instructions)

**What is the property? Check all that apply.**
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Debtor 1   _ANTHONY JAMES GRASON_
           First Name   Middle Name   Last Name

Case number (if known) _17-71635_

1.3. _____
Street address, if available, or other description

_____

_____
City            State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**   **Current value of the
portion you own?**

$_____   $_____

Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here.** .......................................➔  $ _62,500.00_

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1. Make:   _SAAB_
     Model:  _9-5_
     Year:   _2004_
     Approximate mileage: _135000_
     Other information:
     _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**   **Current value of the
portion you own?**

$ _1,200.00_   $ _1,200.00_

If you own or have more than one, describe here:

3.2. Make:   _BMW_
     Model:  _850i_
     Year:   _1991_
     Approximate mileage: _170000_
     Other information:
     _Rebuilt, Salvage_

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**   **Current value of the
portion you own?**

$ _800.00_   $ _800.00_

Debtor 1  _Anthony James Grason_
First Name  Middle Name  Last Name

Case number *(if known)* _17-71635_

---

3.3. Make: _HARLEY-DAVIDSON_

Model: _FXSTAT_

Year: _2004_

Approximate mileage: _35000_

Other information:

_Motorcycle is owned by ANOTHER_

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _2,800.00_      $ _500.00_

---

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____      $ _____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____      $ _____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ _____      $ _____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................. → $ _2,500.00_

---

Debtor 1    _Anthony James Grason_
            First Name    Middle Name    Last Name

Case number (if known) _17-71635_

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... POTS / PANS, MIN. CHINA, COFFEE POT    $ 50.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe......... T.V., VIDEO, IPAD    $ 250.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.........    $ _____

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe......... BICYCLE, BASEBALL BAT    $ 65.00

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.........    $ _____

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe......... DAILY WEAR, JEANS, TENNIS SHOES, MISC. CLOTHING    $ 125.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe.........    $ _____

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.........    $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☒ Yes. Give specific information. .............. MISC BOOKS    $ 15.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................    →    $ 505.00

Debtor 1 _Anthony James Grason_
First Name    Middle Name    Last Name

Case number (if known) _17-71635_

---

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ............................................................................................ Cash: _210.00_   $ _210.00_

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes .....................

Institution name:

| | |
|---|---|
| 17.1. Checking account: | $_____ |
| 17.2. Checking account: | $_____ |
| 17.3. Savings account: | $_____ |
| 17.4. Savings account: | $_____ |
| 17.5. Certificates of deposit: | $_____ |
| 17.6. Other financial account: | $_____ |
| 17.7. Other financial account: | $_____ |
| 17.8. Other financial account: | $_____ |
| 17.9. Other financial account: | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes .................

Institution or issuer name:

_____   $_____
_____   $_____
_____   $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them........................

Name of entity:    % of ownership:

_____   0% __%   $_____
_____   0% __%   $_____
_____   0% __%   $_____

---

Debtor 1  _Anthony  James  Grason_
First Name    Middle Name    Last Name

Case number (if known)_17-71635_

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific     Issuer name:
information about
them......................    _____    $_____
_____    $_____
_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each      Type of account:    Institution name:
account separately.
401(k) or similar plan: _____    $_____

Pension plan: _____    $_____

IRA: _____    $_____

Retirement account: _____    $_____

Keogh: _____    $_____

Additional account: _____    $_____

Additional account: _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☒ Yes.........................
Institution name or individual:
Electric:  _Ameren Il. Acct No. 60630-15032_    $ _714.67_
Gas:  _Ameren Il. Acct No. 60630-15032_    $ _714.66_
Heating oil: _____    $_____
Security deposit on rental unit: _____    $_____
Prepaid rent: _____    $_____
Telephone: _____    $_____
Water: _____    $_____
Rented furniture: _____    $_____
Other: _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ..........................    Issuer name and description:
_____    $_____
_____    $_____
_____    $_____

Debtor 1  _Anthony James Grason_
First Name  Middle Name  Last Name

Case number (if known)  17-71635

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them....  [ ]  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them....  [ ]  $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them....  [ ]  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................  [ ]
Federal:  $_____
State:  $_____
Local:  $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information..............  [ ]
Alimony:  $_____
Maintenance:  $_____
Support:  $_____
Divorce settlement:  $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information..............  [ ]  $_____

Debtor 1    *Anthony James Grason*
First Name    Middle Name    Last Name

Case number *(if known)* *17-71635*

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information.............    $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ................    *Macon Co. Case No. 2017-L-047 / Parkland Med. Malpractice / College*    $ *15,000.00*

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ...................    $

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............    $

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................    →    $ *15,210.00*

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☐ Yes. Describe.......    $

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes. Describe.......    $

Debtor 1 _Anthony James Grason_
        First Name  Middle Name  Last Name

Case number *(if known)* _17-71635_

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe........ [                                        ] $_____

**41. Inventory**

☐ No
☐ Yes. Describe........ [                                        ] $_____

**42. Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe........

Name of entity:                                    % of ownership:
_____        _____%        $_____
_____        _____%        $_____
_____        _____%        $_____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe........ [                                ] $_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
    information .........        _____        $_____
                                _____        $_____
                                _____        $_____
                                _____        $_____
                                _____        $_____
                                _____        $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**  → $ _0_

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☒ No
☐ Yes ........................ [                                ] $_____

Debtor 1    _Anthony James Grason_    Case number (if known) _17 - 71635_
  First Name   Middle Name   Last Name

**48. Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information............

$_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes .....................

$_____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes .....................

$_____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information............

$_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** →

$ _0_

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific
information............

$_____
$_____
$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................... →

$ _0_

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** → $ _62,500.00_

**56. Part 2: Total vehicles, line 5**    $ _2,500.00_

**57. Part 3: Total personal and household items, line 15**    $ _505.00_

**58. Part 4: Total financial assets, line 36**    $ _15,210.00_

**59. Part 5: Total business-related property, line 45**    $ _0_

**60. Part 6: Total farm- and fishing-related property, line 52**    $ _0_

**61. Part 7: Total other property not listed, line 54**    + $ _0_

**62. Total personal property. Add lines 56 through 61.** ...................... $ _18,215.00_   Copy personal property total → + $ _18,215.00_

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** ........................    $ _80,715.00_

[ Print ]    [ Save As... ]    [ Add Attachment ]    [ Reset ]

**Fill in this information to identify your case:**

Debtor 1      Anthony      James      Grason
              First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: CENTRAL District of ILLINOIS

Case number    17 - 71635
(If known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write
your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a
specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount
of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt
retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that
limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption
would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2004 Saab 9-5<br>Line from *Schedule A/B*: 3.1 | $ 1,200. w/p | ☐ $ 1,200.00 w/p<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ilcs 5/12-1001<br>11 usc § 522(b)(3) |
| Brief description: 1991 Bmw<br>Line from *Schedule A/B*: 3.2 | $ 800. w/p | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ilcs 5/12-1001<br>11 usc § 522(b)(3) |
| Brief description: 2004 H.D. Motorcycle<br>Line from *Schedule A/B*: 3.3 | 500.00 | ☑ $ 500 w/p<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ilcs 5/12-1001<br>11 usc § 522(b)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  _Anthony James Grason_
    First Name   Middle Name   Last Name

Case number (if known)  _17-71635_

**Part 2:**   **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _Personal / Household_<br>Line from Schedule A/B: _15_ | $ _505.00_ | ☒ $ _505.00_<br>☐ 100% of fair market value, up to any applicable statutory limit | _735 ilcs 5/12 -1001_<br>_11 usc §522 (b)(3)_ |
| Brief description: _Cash on Hand_<br>Line from Schedule A/B: _16_ | $ _210.00_ | ☒ $ _210.00_<br>☐ 100% of fair market value, up to any applicable statutory limit | _735 ilcs 5/12 -1001_ |
| Brief description: _Ameren IL. Deposit_<br>Line from Schedule A/B: _22_ | $ _1429.33_ | ☒ $ _1429.33_<br>☐ 100% of fair market value, up to any applicable statutory limit | _735 ilcs 5/12 -1001_ |
| Brief description: _Macon Co. Case Med. Mal. Practice_<br>Line from Schedule A/B: _36_ | $ _15000.00_ | ☒ $ _15000.00_<br>☐ 100% of fair market value, up to any applicable statutory limit | _735 ilcs 5/12 -1001_ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Print | Save As... | Add Attachment | Reset

**Fill in this information to identify your case:**

Debtor 1 _ANTHONY JAMES GRASON_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _CENTRAL_ District of _ILLINOIS_

Case number _17-71635_
(If known)

☐ Check if this is an
amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| | $610,469.64 | $125,000.00 | $485,469.00 |

**2.1** _U.S. BANK N.A._
Creditor's Name

_700 KANSAS LANE_
Number    Street

_MC 8000_

_MONROE, LA 71203_
City    State    ZIP Code

Describe the property that secures the claim:
_REAL ESTATE OF   PIN. 04-12-15-410-002_
_357 W. DECATUR St._
_DECATUR, IL 62522_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _10/2005_

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _9 7 1 2_

| | $610,469.64 | $125,000.00 | $485,469.00 |
|---|---|---|---|

**2.2** _SELECT PORTFOLIO SERVICING_
Creditor's Name

_3815 S. WEST TEMPLE STE 2000_
Number    Street

_SALT LAKE CITY UT 84115_
City    State    ZIP Code

Describe the property that secures the claim:
_MORTGAGED REAL ESTATE OF_
_357 W. DECATUR St._
_DECATUR, IL 62522_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _10/2005_

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _9 7 1 2_

Add the dollar value of your entries in Column A on this page. Write that number here:    $610,469.64

Debtor 1  __Anthony James Grason__
           First Name  Middle Name  Last Name

Case number (if known) __17-71635__

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.3** **JPMorgan Chase Bank N.A**
Creditor's Name

Describe the property that secures the claim:

$ 610,469.44   $ 125000.oo/uo   $ 485,500.oo

__NTC 2100 Alt. 19 North__
Number   Street

357 W. Decatur St.
Decatur, IL 62522
Loan No. 0023349590

__Palm Harbor, FL 34683__
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __10/2005__   Last 4 digits of account number __9__ __5__ __9__ __0__

---

**2.4** **Select Portfolio Servicing**
Creditor's Name

Describe the property that secures the claim:

$ 610,500.oo   $ 125,000.oo   $ 485,500.oo

__P.O. Box 65250__
Number   Street

Acct No. 0014879712
357 W. Decatur St., Decatur, IL 62522

__Salt Lake City, UT 84165__
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __10/2005__   Last 4 digits of account number __9__ __7__ __1__ __2__

---

**2.5** **Craftmasters, Inc**
Creditor's Name

Describe the property that secures the claim:

$ 38,000.oo   $ 38,000.oo   $

__1900 N. 22nd St.__
Number   Street

357 W. Decatur St. / Antique
Decatur, IL 62522 / Decative Fixture

__Decatur, IL 62526__
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __03/2007__   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 648,500

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $

Debtor 1   _Anthony James Grason_
           First Name  Middle Name  Last Name

Case number (if known) _17-71635_

| Part 1: | **Additional Page** |
|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. |

| | Column A | Column B | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | Do not deduct the value of collateral. | | If any |

**2.6** DAN SEVERE PLUMBING    Describe the property that secures the claim:     $ _500.00_   $ _N/A_
Creditor's Name

_P.O.BOX 116_                   _REAL ESTATE_
Number   Street

_DECATUR, IL 62525_            As of the date you file, the claim is: Check all that apply.
City   State   ZIP Code        ☐ Contingent
                               ☐ Unliquidated
                               ☒ Disputed

**Who owes the debt?** Check one.        **Nature of lien.** Check all that apply.
☒ Debtor 1 only                ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only   ☒ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
                               ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a community debt

Date debt was incurred _10/2009_   Last 4 digits of account number ___ ___ ___ ___

**2.7** DEAN PLUMBING & HEAT    Describe the property that secures the claim:     $ _500.00_   $ _N/A_
Creditor's Name

_1045 W. CENTER St._          _REAL ESTATE_
Number   Street

_DECATUR IL 62526_            As of the date you file, the claim is: Check all that apply.
City   State   ZIP Code        ☐ Contingent
                               ☐ Unliquidated
                               ☒ Disputed

**Who owes the debt?** Check one.        **Nature of lien.** Check all that apply.
☒ Debtor 1 only                ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only   ☒ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
                               ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a community debt

Date debt was incurred _11/2008_   Last 4 digits of account number ___ ___ ___ ___

**2.8** HINSDALE BANK & TRUST    Describe the property that secures the claim:     $ _36,000.00_   $ _38000.00_   $ _2000.00_
Creditor's Name

_25 E. FIRST St._             _2007 FORD F350_
Number   Street

_HINSDALE IL 60521_           As of the date you file, the claim is: Check all that apply.
City   State   ZIP Code        ☒ Contingent
                               ☐ Unliquidated
                               ☐ Disputed

**Who owes the debt?** Check one.        **Nature of lien.** Check all that apply.
☒ Debtor 1 only                ☒ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only   ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
                               ☐ Other (including a right to offset) _____
☐ Check if this claim relates to a community debt

Date debt was incurred _06/2006_   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $ _37,000.00_

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $

Debtor 1   _Anthony James Grason_
          First Name   Middle Name   Last Name

Case number *(if known)* _17 - 71635_

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.9** TICA, INC.
Creditor's Name
735 S. FRANKLIN St.
Number        Street

DECATUR, IL 62521
City        State   ZIP Code

Column A: $ 250⁰⁰   Column B: $ N/A

Describe the property that secures the claim:
HEATING / A/C Repair to
357 W. DECATUR St. DECATUR, IL 62522

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 05/2007

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**2.10** MARSHALL BAILEY
Creditor's Name
410 E. South 3RD St.
Number        Street

FINLEY IL 62534
City        State   ZIP Code

Column A: $ 250⁰⁰   Column B: $ 1000⁰⁰   Column C: $ 750⁰⁰

Describe the property that secures the claim:
D/B/A BAILEY Auto & Boat Repair
BOAT & TRAILER

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 28/2010

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**2.11** HARRIS COMPANIES, INC.
Creditor's Name
521 N. ILLINOIS St.
Number        Street

Atwood, IL 61913
City        State   ZIP Code

Column A: $ 250⁰⁰   Column B: $ N/A

Describe the property that secures the claim:
Mech. lien

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 06/2007

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mech...)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $ 750⁰⁰

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $686,250.⁰⁰

Debtor 1    Anthony James Grason

First Name    Middle Name    Last Name

Case number (if known)  17-71635

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | |
|---|---|---|
| **1** | KLUEVER & PLATT, LLC | On which line in Part 1 did you enter the creditor? 2.1 - 2.4 |
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | 65 EAST WACKER Place, Suite 2300 | |
| | Number    Street | |
| | Chicago    IL. 60601 | |
| | City    State    ZIP Code | |

| | | |
|---|---|---|
| **2** | REESE & REESE LAW OFFICE | On which line in Part 1 did you enter the creditor? 2.1 - 2.4 |
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | 200 West MARKET St. | |
| | Number    Street | |
| | Taylorville , IL. 62568 | |
| | City    State    ZIP Code | |

| | | |
|---|---|---|
| **3** | MIDWEST CREDIT & Collection, INK. | On which line in Part 1 did you enter the creditor? 2.6, 2.7, 2.9 |
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | P.O. BOX 445 | |
| | Number    Street | |
| | DECATUR , IL 62522 | |
| | City    State    ZIP Code | |

| | | |
|---|---|---|
| **4** | THE STARK Collection Agency | On which line in Part 1 did you enter the creditor? 2.9 |
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | 6425 ODANA Rd. | |
| | Number    Street | |
| | MADISON , WI 53719-1127 | |
| | City    State    ZIP Code | |

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City    State    ZIP Code

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

**Fill in this information to identify your case:**

Debtor 1    Anthony James Grason
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: CENTRAL District of ILLINOIS

Case number    17-71635
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** INTERNAL REVENUE SERVICE
Priority Creditor's Name
Last 4 digits of account number  7 3 8 7    $58,869.73    $58,869.73    $

P.O. BOX 21126
Number    Street
When was the debt incurred? 2005

Philadelphia Pa. 19114
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2** ILLINOIS DEPARTMENT OF REVENUE
Priority Creditor's Name
Last 4 digits of account number  6 4 3 1    $159.70    $159.70    $

P.O. BOX 19023
Number    Street
When was the debt incurred? 2005

SPRINGFIELD IL. 62794
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1  _Anthony James Grayson_  Case number _(if known)_ _17-71635_
First Name    Middle Name    Last Name

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| | |
|---|---|
| | Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____ |
| Priority Creditor's Name | |
| | When was the debt incurred?    _____ |
| Number       Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| City       State    ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

| | |
|---|---|
| | Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____ |
| Priority Creditor's Name | |
| | When was the debt incurred?    _____ |
| Number       Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| City       State    ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

| | |
|---|---|
| | Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____ |
| Priority Creditor's Name | |
| | When was the debt incurred?    _____ |
| Number       Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| City       State    ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1   _Anthony James Grasso_   Case number *(if known)* _17-71635_
    First Name   Middle Name   Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

  ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**   _Allstate Insurance Company_
    Nonpriority Creditor's Name

_2775 Sanders Rd._
Number    Street

_Northbrook   IL.   60602_
City    State   ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   _7 3 8 7_

When was the debt incurred?   _2012_

**Total claim**

$ _56 .⁰⁶_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____ _Auto Ins._

---

**4.2**   _Ameren Illinois_
    Nonpriority Creditor's Name

_2105 E. State Rte 104_
Number    Street

_Pawnee   IL.   62558_
City    State   ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   _5 0 6 9_

When was the debt incurred?   _2009_

$ _5000.⁰⁰_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Utility Service ICC Casepending_

---

**4.3**   _AT&T_
    Nonpriority Creditor's Name

_P.O. Box 5014_
Number    Street

_Carol Stream   IL.   60197_
City    State   ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   _7 3 8 7_

When was the debt incurred?   _2010_

$ _250.⁰⁰_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Phone Service_

---

Debtor 1   *Anthony James Grasor*
First Name   Middle Name   Last Name

Case number *(if known)* *17-71635*

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.4** *AT&T MOBILITY*
Nonpriority Creditor's Name

*P.O. BOX 6463*
Number   Street

*CAROL STREAM   IL.   60197*
City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  *7 3 8 7*

When was the debt incurred?  *2010*

**Total claim**

$ *200.00*

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify *Phone SERVICE*

---

**4.5** *AT&T UVERSE / AFNI Collection*
Nonpriority Creditor's Name

*P.O. BOX 3517*
Number   Street

*Bloomington   IL.   62702*
City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  *8 4 0 1*

When was the debt incurred?  *2010*

$ *206.00*

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify *T.V., INTERNET SER.*

---

**4.6** *ATTORNEY KENT GRAY*
Nonpriority Creditor's Name

*P.O. BOX 13084*
Number   Street

*SPRINGFIELD   IL.   62791*
City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  *2012*

$ *4000.00*

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify *Judgement.*

---

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 4 of 22

Debtor 1  __Anthony James Grasson__  Case number (if known) __17-71635__
First Name   Middle Name   Last Name

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.7** BUSEY BANK
Nonpriority Creditor's Name

2505 N. WATER ST.
Number    Street

DECATUR    IL.    62526
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2009

Total claim  $ 1200.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  BANKING ERROR

---

**4.8** BUSEY BANK
Nonpriority Creditor's Name

100 W. UNIVERSITY AVE
Number    Street

CHAMPAIGN, IL.    61820
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2009

$ 1200.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  BANK FEES / ERRORS

---

**4.9** CHASE HOME FINANCE
Nonpriority Creditor's Name

P.O. BOX 24696
Number    Street

COLUMBUS    OH    43224
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2006

$ 500.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  MISC FEES

---

Debtor 1  Anthony James Grayson

First Name   Middle Name   Last Name

Case number *(if known)* 17-71635

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.10** CITY OF DECATUR

Nonpriority Creditor's Name

P.O. BOX 2578

Number   Street

DECATUR   IL.   62525

City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number 7 3 8 7

When was the debt incurred? 2010

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  SERVICES

$ 86.00

---

**4.11** COMCAST COMMUNICATIONS

Nonpriority Creditor's Name

1701 JOHN F. KENNEDY BLVD

Number   Street

PHILADELPHIA   PA   19103

City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number 7 3 8 7

When was the debt incurred? 2009

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  INTERNET/WEB SER.

$ 250.00

---

**4.12** CREDIT PROTECTION ASSOCIATION

Nonpriority Creditor's Name

13355 NOEL Rd., Ste 2100

Number   Street

Dallas   Tx   75240

City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number 7 3 8 7

When was the debt incurred? 2008

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Collection.

$ 300.00

Debtor 1 __Anthony  James  Grado__
First Name   Middle Name   Last Name

Case number *(if known)* __17-71635__

---

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.13**  CYNMARK , INC
Nonpriority Creditor's Name

411 N. MAIN St.
Number   Street

DECATUR   IL.   62523
City   State   ZIP Code

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2010

**Total claim**

$ 200 00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Collection

---

**4.14**  DECATUR EMERGENCY MEDICAL SERV
Nonpriority Creditor's Name

P.O. BOX 4588
Number   Street

CAROL STREAM  IL  60197
City   State   ZIP Code

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2010

$ 200 00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  MED SERV.

---

**4.15**  DECATUR MEMORIAL HOSPITAL
Nonpriority Creditor's Name

P.O. BOX 2572
Number   Street

DECATUR   IL   62525
City   State   ZIP Code

Last 4 digits of account number  2 1 7 2

When was the debt incurred?  2013

$ 1377.92

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  MED SERV

---

Debtor 1 _Anthony James Grayson_
        First Name    Middle Name    Last Name

Case number (if known) _17-71635_

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.6** **DECATUR RADIOLOGY SERV. CORP.**
Nonpriority Creditor's Name

**P. O. BOX 4693**
Number        Street

**CAROL STREAM   IL.   60197**
City        State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **0 3 8 4**

When was the debt incurred? **2013**

Total claim $ **125.40**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **MED. SERV.**

---

**4.7** **DMH MEDICAL GROUP**
Nonpriority Creditor's Name

**P. O. BOX 2573**
Number        Street

**DECATUR   IL.   62525**
City        State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **7 3 8 7**

When was the debt incurred? **2012**

$ **1377.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **MED SERV.**

---

**4.8** **DR. AMANDA LEWIS DMD**
Nonpriority Creditor's Name

**2220 N. MONROE St.**
Number        Street

**DECATUR   IL.   62526**
City        State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number **7 3 8 7**

When was the debt incurred? **2010**

$ **400.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **MED SERV.**

---

Debtor 1  *Anthony James Duncan*   Case number *(if known)* 17-71635
_____ First Name __ Middle Name __ Last Name _____

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

| 4.1 | ELIZABETH LOVEGROVE | |
|---|---|---|
Nonpriority Creditor's Name

8594 LAKEWOOD DR.
Number          Street

CHATHAM , IL. 62629
City                State    ZIP Code

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 2012

$ 1500.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Judgment

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 4.2 | FIFTH THRID BANK | |
|---|---|---|
Nonpriority Creditor's Name

38 Fountain Square Plaza
Number          Street

CINCINNATI   OH   45263
City                State    ZIP Code

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 2009

$ 600.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  BANKING

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 4.3 | HICK GAS | |
|---|---|---|
Nonpriority Creditor's Name

2526 N. WATER St.
Number          Street

DECATUR   IL.   62526
City                State    ZIP Code

**Last 4 digits of account number** 7387
**When was the debt incurred?** 2009

$ 500.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  GAS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor 1  *Anthony James Grason*

First Name   Middle Name   Last Name

Case number *(if known)* 17-71635

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.12**

Nonpriority Creditor's Name: IC SYSTEM INC.
P.O. BOX 64378

Number   Street

Chicago   MN   55164

City   State   ZIP Code

Last 4 digits of account number 6261

When was the debt incurred? 2014

$ 206

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify CABLE SEVR.

**4.13**

Nonpriority Creditor's Name: IC SYSTEM INC
P.O. BOX 64378

Number   Street

SAINT PAUL   MN   55164

City   State   ZIP Code

Last 4 digits of account number 4002

When was the debt incurred? 2014

$ 382

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify CABLE SERV.

**4.14**

Nonpriority Creditor's Name: IC SYSTEM INC
P.O. BOX 64378

Number   Street

SAINT PAUL   MN   55164

City   State   ZIP Code

Last 4 digits of account number 7387

When was the debt incurred? 2014

$ 25.00

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify CABLE SEVR

Debtor 1   Anthony   James   Grassam

First Name   Middle Name   Last Name

Case number *(if known)*  17 - 71635

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.25**  **IMAGE AIR**

Nonpriority Creditor's Name

**2933 E. EMPIRE St.**

Number   Street

**BLOOMINGTON   IL.   61704**

City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  **2010**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Flight**

$ **250.00**

---

**4.26**  **JESEK FAMILY DENTAL CARE**

Nonpriority Creditor's Name

**3040 South MT. ZION Rd.**

Number   Street

**DECATUR   IL.   62521**

City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  **2009**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **DENTAL SERV.**

$ **400.00**

---

**4.27**  **KING LAR**

Nonpriority Creditor's Name

**2020 E. OLIVE St.**

Number   Street

**DECATUR   IL.   62526**

City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  **2010**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **HEATING / A.C.**

$ **250.00**

---

Debtor 1   _Anthony James Gibson_
           First Name   Middle Name   Last Name

Case number *(if known)*   _17-71635_

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.8** | MARSHALL BAILEY
Nonpriority Creditor's Name

410 E. South 3RD St.
Number   Street

FINLEY   IL.   62534
City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   2012

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   BOAT SERV

$ 250.00

---

**4.9** | MIDWEST CREDIT COLLECTION
Nonpriority Creditor's Name

306 W. ELDORADO St.
Number   Street

DECATUR   IL.   62522
City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   7 3 8 7

When was the debt incurred?   2013

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Collection

$ 2674.

---

**4.30** | MIDWEST NEUROLOGY ASSOCIATES
Nonpriority Creditor's Name

302 W. HAY St.
Number   Street

DECATUR   IL   62526
City   State   ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   2 7 5 0

When was the debt incurred?   2013

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   MED. SEVR.

$ 191.68

---

Debtor 1    ANTHONY JAMES GRASON
First Name    Middle Name    Last Name

Case number (if known) 17-71635

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.31**    NAVIENT / DEPT. OF ED.
Nonpriority Creditor's Name
123 JUSTISON 3rd FLOOR
Number        Street
WILMINGTON    DE    19801
City        State    ZIP Code

Last 4 digits of account number    7 3 8 7

When was the debt incurred?    2015

$8,362

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

**4.32**    NAVIENT / DEPT. OF ED.
Nonpriority Creditor's Name
P.O. BOX 9635
Number        Street
WILKES BARRE    PA    18773
City        State    ZIP Code

Last 4 digits of account number    7 3 8 7

When was the debt incurred?    2015

$6,493.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

**4.33**    IC SYSTEM INC.
Nonpriority Creditor's Name
P.O. BOX 64378
Number        Street
SAINT PAUL    MN    55164
City        State    ZIP Code

Last 4 digits of account number    7 3 8 7

When was the debt incurred?    2014

$382

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    MED SEVR.

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 13 of 22

Debtor 1  Anthony James Dobrason    Case number (if known) 17-71635
First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.34** OCWEN LOAN SERVICING    Last 4 digits of account number  7 3 8 7    $ 1000.00
Nonpriority Creditor's Name
1661 WORTHINGTON Rd., Ste 100    When was the debt incurred? _____
Number        Street
WEST PALM         FL  33409    As of the date you file, the claim is: Check all that apply.
City        State    ZIP Code
☐ Contingent
☒ Unliquidated
Who incurred the debt? Check one.    ☐ Disputed

☒ Debtor 1 only
☐ Debtor 2 only    Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt    you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?    ☒ Other. Specify Mortgage loan Related Fee(s)

☒ No
☐ Yes

**4.35** OSF HEALTH CARE    Last 4 digits of account number  5 6 9 8    $ 50.00
Nonpriority Creditor's Name
P.O. BOX 1806    When was the debt incurred?  2017
Number        Street
PEORIA, IL.   61656-1806    As of the date you file, the claim is: Check all that apply.
City        State    ZIP Code
☒ Contingent
☐ Unliquidated
Who incurred the debt? Check one.    ☐ Disputed

☒ Debtor 1 only
☐ Debtor 2 only    Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt    you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?    ☒ Other. Specify MED. SERV.

☒ No
☐ Yes

**4.36** OTIS ELEVATOR Company    Last 4 digits of account number ___ ___ ___ ___    $ 300.00
Nonpriority Creditor's Name
132 South Water St.    When was the debt incurred?  2008
Number        Street
DECATUR, IL.   62523-1044    As of the date you file, the claim is: Check all that apply.
City        State    ZIP Code
☐ Contingent
☐ Unliquidated
Who incurred the debt? Check one.    ☒ Disputed

☒ Debtor 1 only
☐ Debtor 2 only    Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt    you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?    ☒ Other. Specify_____

☐ No
☐ Yes

Debtor 1  Anthony   James   Dawson            Case number (if known)  17-71635
          First Name   Middle Name   Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

**4.3?  Poland's Glass, Inc.**                Last 4 digits of account number  7 3 8 7          $ 201.63
Nonpriority Creditor's Name
490 S. Franklin St.                          When was the debt incurred?  2011
Number   Street
Decatur    IL.   62523-1316                  As of the date you file, the claim is: Check all that apply.
City                State      ZIP Code
                                             ☐ Contingent
Who incurred the debt? Check one.            ☐ Unliquidated
☒ Debtor 1 only                              ☒ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                 Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another
                                             ☐ Student loans
☐ Check if this claim is for a community debt ☐ Obligations arising out of a separation agreement or divorce that
                                               you did not report as priority claims
Is the claim subject to offset?              ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ No                                         ☒ Other. Specify  Glass Repair
☐ Yes

**4.3?  Regions Bank**                       Last 4 digits of account number  7 3 8 7          $ 250.00
Nonpriority Creditor's Name
350 N. Water St.                             When was the debt incurred?  2009
Number   Street
Decatur    IL   62523                        As of the date you file, the claim is: Check all that apply.
City                State      ZIP Code
                                             ☐ Contingent
Who incurred the debt? Check one.            ☐ Unliquidated
☒ Debtor 1 only                              ☒ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                 Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another
                                             ☐ Student loans
☐ Check if this claim is for a community debt ☐ Obligations arising out of a separation agreement or divorce that
                                               you did not report as priority claims
Is the claim subject to offset?              ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ No                                         ☒ Other. Specify  Closed Bank Acct.
☐ Yes

**4.3?  Resmae Mortgage Corp**               Last 4 digits of account number  7 3 8 7          $ 500.00
Nonpriority Creditor's Name
7101 College Blvd, Suite 1400                When was the debt incurred?  2009
Number   Street
Overland    KS   66210                       As of the date you file, the claim is: Check all that apply.
City                State      ZIP Code
                                             ☐ Contingent
Who incurred the debt? Check one.            ☐ Unliquidated
☒ Debtor 1 only                              ☒ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                 Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another
                                             ☐ Student loans
☐ Check if this claim is for a community debt ☐ Obligations arising out of a separation agreement or divorce that
                                               you did not report as priority claims
Is the claim subject to offset?              ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ No                                         ☒ Other. Specify  Loan Fee(s)
☐ Yes

Debtor 1  *Anthony James Cabrera*
First Name  Middle Name  Last Name

Case number (if known) *17-71635*

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.40** RESMAE MORTGAGE CORP.
Nonpriority Creditor's Name

3350 E. BIRCH St., Ste 102
Number     Street

BREA , CA     92821
City     State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2009

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  LOAN Fee(S)

$ 250.oo

---

**4.41** STATE FARM INSURANCE CORP
Nonpriority Creditor's Name

1 STATE FARM PLAZA
Number     Street

BLOOMINGTON , IL.  61710-0001
City     State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Insurance Fee

$ 250.oo

---

**4.42** SELECT PORTFOLIO SERVICING
Nonpriority Creditor's Name

3815 S. WEST TEMPLE STE 2000
Number     Street

SALT LAKE CITY , UT  84115-4412
City     State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9 7 1 2

When was the debt incurred?  2015

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  LOAN Fee(S)

$ 650.oo

---

Debtor 1   **Anthony James Grason**
First Name   Middle Name   Last Name

Case number (if known) **17-71635**

---

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.43** **SPRINGFIELD CLINIC**
Nonpriority Creditor's Name

**P.O. BOX 19260**
Number   Street

**SPRINGFIELD      IL   62794-9260**
City            State      ZIP Code

Last 4 digits of account number **6 0 9 4**

When was the debt incurred? **2017**

$ **260⁰⁰**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **MED. SERV.**

---

**4.44** **THE STARK COLLECTION AGENCY**
Nonpriority Creditor's Name

**6425 ODANA Rd.**
Number   Street

**MADISON      WI   53719-1127**
City            State      ZIP Code

Last 4 digits of account number **7 3 8 7**

When was the debt incurred? **2011**

$ **350⁰⁰**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Collection**

---

**4.45** **TICA, INC**
Nonpriority Creditor's Name

**735 S. FRANKLIN St.**
Number   Street

**DECATUR, IL. 62521-2641**
City            State      ZIP Code

Last 4 digits of account number **7 3 8 7**

When was the debt incurred? **2012**

$ **250⁰⁰**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **A/C Heating Plumbing**

---

Debtor 1   _Anthony James Grason_
           First Name   Middle Name   Last Name                    Case number (if known) _17-71635_



**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.46** _UNIVERSITY OF ILLINOIS_
Nonpriority Creditor's Name

Last 4 digits of account number _7 3 8 7_

$ _3886.00_

_506 S. WRIGHT St.   162 HAB_
Number        Street

When was the debt incurred? _2007_

_URBANA_        _IL_   _61801_
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

☒ Other. Specify _Tuition_

**4.47** _UNIVERSITY OF ILLINOIS_
Nonpriority Creditor's Name

Last 4 digits of account number _7 3 8 7_

$ _3,886.00_

_364 HENRY ADMIN. BLDG_
Number        Street

When was the debt incurred? _2007_

_URBANA_        _IL_   _61801_
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

☒ Other. Specify _Tuition_

**4.48** _UNIVERSITY OF ILLINOIS -CHICAGO_
Nonpriority Creditor's Name

Last 4 digits of account number _7 3 8 7_

$ _3600.00_

_2035 W. TAYLOR St._
Number        Street

When was the debt incurred? _2007_

_Chicago_       _IL_   _60612_
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify _Tuition_

Debtor 1 *Anthony James Grason*
First Name   Middle Name   Last Name

Case number *(if known)* 17 - 71635



**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4** UIC - 414 ADMN. OFC BLDG.
Nonpriority Creditor's Name

1737 W. POLK St., MC-971
Number    Street

CHICAGO   IL.   60612
City                     State         ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  7 3 8 7

When was the debt incurred?  2007

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  tuition

$ 3600.00

**4.5** WATER DEPT. CITY OF DECATUR
Nonpriority Creditor's Name

1 GARY K. ANDERSON PLAZA
Number    Street

DECATUR    IL   62523
City                     State         ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Water Bill

$ 140.00

Nonpriority Creditor's Name

Number    Street

City                     State         ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$ _____

Debtor 1  **Anthony James Orkasa**

First Name   Middle Name   Last Name

Case number (if known) **17-71635**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**AFNI COLLECTION**
Name

**P.O. BOX 3427**
Number   Street

**Bloomington    IL.   61702**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **7 3 8 7**

---

**MCCI**
Name

**P.O. BOX 4588**
Number   Street

**DECATUR    IL.   62525**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims **4.10, 4.14, 4.15, 4.16, 4.17, 4.30, 4.37**

Last 4 digits of account number **7 3 8 7**

---

**DECATUR MEMORIAL HOSPITAL**
Name

**2300 N. EDWARDS St**
Number   Street

**DECATUR    IL   62526**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **2 1 7 2**

---

**ENHANCED RECOVERY CORP.**
Name

**P.O. BOX 57547**
Number   Street

**Jacksonville    FL   32241**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**IC SYSTEM INC.**
Name

**P.O. BOX 64378**
Number   Street

**Saint Paul    MN.   55164**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.33** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**INTERNAL REVENUE SERVICE**
Name

**3/01 CONSTITUTION DR.**
Number   Street

**SPRINGFIELD    IL   62704**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **7 3 8 7**

---

**ILLINOIS DEPARTMENT OF REV**
Name

**P.O. BOX 64338**
Number   Street

**Chicago    IL   60664**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  *Anthony James Grossman*
First Name    Middle Name    Last Name

Case number *(if known)* 17-71635

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number          Street

_____

_____
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1  _____   Case number (if known)_____
          First Name    Middle Name    Last Name

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**  6a. $ _0_

6b. **Taxes and certain other debts you owe the government**  6b. $ _59,029.43_

6c. **Claims for death or personal injury while you were intoxicated**  6c. $ _0_

6d. **Other.** Add all other priority unsecured claims. Write that amount here.  6d. + $ _0_

6e. **Total.** Add lines 6a through 6d.  6e. $ _59,029.43_

**Total claim**

**Total claims from Part 2**

6f. **Student loans**  6f. $ _8,362.12_

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**  6g. $ _0_

6h. **Debts to pension or profit-sharing plans, and other similar debts**  6h. $ _0_

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.  6i. + $ _31,294.74_

6j. **Total.** Add lines 6f through 6i.  6j. $ _39,656.86_

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

22  22

**Fill in this information to identify your case:**

Debtor _Anthony James_ _Girason_
First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the _Central_ District of _Illinois_

Case number _17-71635_
(If known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** _Attorney John O'Toole_ <br> Name <br> _35 E. Wacker Dr._ <br> Number    Street <br> _Chicago_    _IL._    _60601_ <br> City    State    ZIP Code | _Attorney Contract w/ John O'Toole For O'Toole Law Firm, LLC For Rep. in Med. Malpratice Case in Macon Co. (Case No. 2017-L-047)_ |
| **2.2** <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| **2.3** <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| **2.4** <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| **2.5** <br> Name <br> Number    Street <br> City    State    ZIP Code | |

Debtor 1 _Anthony James Grason_
First Name   Middle Name   Last Name

Case number (*If known*) _17- 71635_



**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

**2._**

Name

Number    Street

City          State    ZIP Code

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

**Fill in this information to identify your case:**

Debtor 1    _Anthony James Grason_
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Central_ District of _Illinois_

Case number    _17-71635_
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

                                                   Check all schedules that apply:

   **3.1**  _N/A - No Codebtor_
           Name                                    ☐ Schedule D, line _____
                                                   ☐ Schedule E/F, line _____
           Number    Street                        ☐ Schedule G, line _____

           City            State        ZIP Code

   **3.2**  _____
           Name                                    ☐ Schedule D, line _____
                                                   ☐ Schedule E/F, line _____
           Number    Street                        ☐ Schedule G, line _____

           City            State        ZIP Code

   **3.3**  _____
           Name                                    ☐ Schedule D, line _____
                                                   ☐ Schedule E/F, line _____
           Number    Street                        ☐ Schedule G, line _____

           City            State        ZIP Code

Debtor 1  *Anthony James Grason*
First Name    Middle Name    Last Name

Case number *(if known)* *17 - 71635*

### Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

| Print | Save As... | Add Attachment | | Reset |

**Fill in this information to identify your case:**

Debtor 1 *Anthony James Grason*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the *Central* District of *Illinois*

Case number *17 - 71635*
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number   Street | _____<br>Number   Street |
|  | _____ | _____ |
|  | _____<br>City        State    ZIP Code | _____<br>City        State    ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ *0* | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ *0* | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ *0* | $_____ |

Debtor 1 _Anthony James Grason_
First Name   Middle Name   Last Name

Case number (if known) _17- 71635_

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .............................................→ 4. | $ _0_ | $ _____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ _0_ | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ _0_ | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ _0_ | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ _0_ | $ _____ |
| 5e. Insurance | 5e. | $ _0_ | $ _____ |
| 5f. Domestic support obligations | 5f. | $ _0_ | $ _____ |
| 5g. Union dues | 5g. | $ _0_ | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ _0_ | + $ _____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ _0_    $ _____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ _0_    $ _____

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ _0_    $ _____

8b. **Interest and dividends**   8b.   $ _0_    $ _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ _0_    $ _____

8d. **Unemployment compensation**   8d.   $ _0_    $ _____

8e. **Social Security**   8e.   $ _0_    $ _____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _FOOD STAMPS (MONTLY)_   8f.   $ _194.00_    $ _____

8g. **Pension or retirement income**   8g.   $ _0_    $ _____

8h. **Other monthly income.** Specify: _Asst. by Debtor's Father_   8h. +$ _200.00_   +$ _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ _394.00_    $ _____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ _394.00_  +  $ _0_   = $ _394.00_

11. **State all other regular contributions to the expenses that you list in _Schedule J._**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J._

Specify: _Asst. From Debtor's Mother -_   11. + $ _100.00_

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the _Summary of Your Assets and Liabilities and Certain Statistical Information,_ if it applies   12.   $ _494.00_

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

[ Print ]   [ Save As... ]   [ Add Attachment ]                    [ Reset ]

**Fill in this information to identify your case:**

Debtor 1    *Anthony James Grason*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *CENTRAL* District of *ILLINOIS*

Case number    *17-71635*
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent...........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ *0* |
| If not included in line 4: |  |  |
| 4a. Real estate taxes | 4a. | $ *0* |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ *0* |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ *0* |
| 4d. Homeowner's association or condominium dues | 4d. | $ *0* |

Debtor 1    AnThony James Grason

First Name    Middle Name    Last Name

Case number *(if known)* 17-71635

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0 |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $ 0 |
| 6b.   Water, sewer, garbage collection | 6b. | $ 0 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 45.00 |
| 6d.   Other. Specify: _____ | 6d. | $ 0 |
| 7. **Food and housekeeping supplies** | 7. | $ 194.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 10.00 |
| 10. **Personal care products and services** | 10. | $ 10.00 |
| 11. **Medical and dental expenses** | 11. | $ 0 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 25.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $ 0 |
| 15b.   Health insurance | 15b. | $ 0 |
| 15c.   Vehicle insurance | 15c. | $ 87.00 |
| 15d.   Other insurance. Specify:_____ | 15d. | $ 0 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0 |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $ 0 |
| 17b.   Car payments for Vehicle 2 | 17b. | $ 0 |
| 17c.   Other. Specify:_____ | 17c. | $ 0 |
| 17d.   Other. Specify:_____ | 17d. | $ 0 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $ 0 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a.   Mortgages on other property | 20a. | $ 0 |
| 20b.   Real estate taxes | 20b. | $ 0 |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e.   Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1   _Anthony James Grason_
First Name   Middle Name   Last Name

Case number (if known)_17-71635_

21. **Other**. Specify: _____   21.   +$ _____Ø_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.   22a.   $ __371__

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   $ __Ø__

22c. Add line 22a and 22b. The result is your monthly expenses.   22c.   $ __371__

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.   $ __494.⁰⁰/xx__

23b. Copy your monthly expenses from line 22c above.   23b.   –$ __371.⁰⁰/xx__

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.   23c.   $ __23.⁰⁰/xx__

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.   Explain here:

Official Form 106J   Schedule J: Your Expenses   page 3

[Print]   [Save As...]   [Add Attachment]   [Reset]

**Fill in this information to identify your case:**

Debtor 1 _ANTHONY JAMES GRASON_
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _CENTRAL_ District of _ILLINOIS_

Case number _17-71635_
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _(signature)_                    X _____
Signature of Debtor 1                 Signature of Debtor 2

Date _10/29/2017_                  Date _____
   MM / DD / YYYY                        MM / DD / YYYY

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

| Print | Save As... | Add Attachment | Reset |

**Fill in this information to identify your case:**

Debtor 1 *Anthony James Grason*
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: *Central* District of *Illinois*

Case number *17-71635*
(if known)

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **U.S. BANK N.A.**  Description of property securing debt: **REAL ESTATE 357 W. DECATUR St. DECATUR, IL 62522** | ☐ Surrender the property.  ☐ Retain the property and redeem it.  ☐ Retain the property and enter into a *Reaffirmation Agreement.*  ☒ Retain the property and [explain]: **Dispute Foreclosure and Creditor's standing.** | ☒ No  ☐ Yes |
| Creditor's name:  Description of property securing debt: | ☐ Surrender the property.  ☐ Retain the property and redeem it.  ☐ Retain the property and enter into a *Reaffirmation Agreement.*  ☐ Retain the property and [explain]: _____ | ☐ No  ☐ Yes |
| Creditor's name:  Description of property securing debt: | ☐ Surrender the property.  ☐ Retain the property and redeem it.  ☐ Retain the property and enter into a *Reaffirmation Agreement.*  ☐ Retain the property and [explain]: _____ | ☐ No  ☐ Yes |
| Creditor's name:  Description of property securing debt: | ☐ Surrender the property.  ☐ Retain the property and redeem it.  ☐ Retain the property and enter into a *Reaffirmation Agreement.*  ☐ Retain the property and [explain]: _____ | ☐ No  ☐ Yes |

Debtor 1  *Anthony James Grason*

First Name   Middle Name   Last Name

Case number *(if known)* *17-71635*

---

**Part 2:**  **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

---

**Part 3:**  **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

☓ _____
Signature of Debtor 1

☓ _____
Signature of Debtor 2

Date *10/29/2017*
MM / DD / YYYY

Date _____
MM / DD / YYYY

Official Form 108     **Statement of Intention for Individuals Filing Under Chapter 7**     page 2

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

**Fill in this information to identify your case:**

Debtor 1 _Anthony James Grason_
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _Central_ District of _Illinois_

Case number _17 - 71635_
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0 | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0 | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0 | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0 | $____ | | | |
| Ordinary and necessary operating expenses | – $ 0 | – $____ | | | |
| Net monthly income from a business, profession, or farm | $ 0 | $____ | Copy here➔ | $ 0 | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0 | $____ | | | |
| Ordinary and necessary operating expenses | – $ 0 | – $____ | | | |
| Net monthly income from rental or other real property | $ 0 | $____ | Copy here➔ | $ 0 | $_____ |

| 7. **Interest, dividends, and royalties** | | | | $ 0 | $_____ |

Debtor 1   _Anthony James Grason_
          First Name   Middle Name   Last Name

Case number (if known) _17-71635_

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................... ↓

$ _0_     $ _____

For you ...................................................................... $ _0_

For your spouse .......................................................... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _0_     $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_Food Stamps/Link #194⁰⁰_    $ _194⁰⁰_     $ _____

_Misc. Asst. None Reg. Source_    $ _300_     $ _____

Total amounts from separate pages, if any.    + $ _0_     + $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _494⁰⁰_  +  $ _____  =  $ _494⁰⁰_
                                    Total current
                                    monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11. ............................. Copy line 11 here➔    $ _494⁰⁰_

Multiply by 12 (the number of months in a year).    x 12

12b.  The result is your annual income for this part of the form.    12b.  $ _5928⁰⁰_

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _ILLINOIS_

Fill in the number of people in your household.    _2_

Fill in the median family income for your state and size of household. ........................................... 13.    $ _45,486⁰⁰_

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☒  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A-2.

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x _Anthony J. Grason_          x _____
  Signature of Debtor 1                  Signature of Debtor 2

Date _10/29/2017_          Date _____
     MM / DD  / YYYY                   MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Print | Save As... | Add Attachment | | Reset |

**Fill in this information to identify your case:**

Debtor 1     _Anthony James Grason_
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _CENTRAL_ District of _ILLINOIS_

Case number _17-71635_
             (If known)

ADRIENNE D. ATKINS, CLERK
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

2017 OCT 30   AM 10: 53

FILED

☐ Check if this is an
  amended filing

## Official Form 106Sum
# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

---

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................ $ _62,500.00_

   1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................... $ _18,215.00_

   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................................ $ _80,715.00_

---

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... $ _610,469.64_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... $ _59,029.43_

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................. + $ _39,656.86_

   **Your total liabilities**   $ _709,155.93_

---

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................ $ _494.00_

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................................ $ _371.00_

---

Debtor 1    Anthony James Grason    Case number *(if known)* 17-71635
First Name    Middle Name    Last Name

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 494.00

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

   Total claim

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 59,029.43

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0

   9d. Student loans. (Copy line 6f.)    $ 8,362.12

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0

   9g. **Total.** Add lines 9a through 9f.    $ 67,391.55